

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Patriot Oil Company,                              * From the 441st District Court
                                                     Midland County,
                                                     Trial Court No. CV50826.

Vs. No. 11-15-00122-CV                            * June 25, 2015

Roy L. Bell, Attorney at Law,                     * Per Curiam Memorandum Opinion
                                                     (Panel consists of: Wright, C.J.,
                                                     Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Patriot Oil Company.